IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

___ INTERPRETER NEEDED : IA/AC/PTD

                                                                      July 2, 2010

Date of Arrest: : ESR OPERATOR: M Harvey

UNITED STATES OF AMERICA : AUSA L Ouziel

        v. : 10 No: 1044m

Agnes O'Brien : Michael Zullo
: [] CJA Appointed
[x] Retained
[] Defenders' Assn. Apptd.

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

        [] The Government's Motion for Temporary Detention is Granted. A detention hearing and are scheduled for .

        [] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

        [] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

        [] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

        [x] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

        [x] Other PE hearing is scheduled for 7/14/10.

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 10 days to file pretrial motions.*

                                                                          BY:
                                                                              S/linda k caracappa

                                                                          LINDA K. CARACAPPA
                                                                          UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT   10  MINUTES**

(Form Revised December, 2007)