IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| ___ INTERPRETER NEEDED | : | **Preliminary Examination CONTINUED TO 8/16/2010** |
| | | |
| | | July 14, 2010 |
| Date of Arrest: Unknown | : | ESR OPERATOR: |
| | | |
| UNITED STATES OF AMERICA | : | AUSA Lauren Ouziel |
| | | |
| v. | : | Magistrate No: 10-1044-M |
| | | |
| AGNES O'BRIEN | : | Michael Zullo |
| | : | [] CJA Appointed [X] Retained [] Defenders' Assn. Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A detention hearing and are scheduled for .

[] The Defendant stipulated to [] probable cause and/or [] pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

[] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.

[X] Other: **At the request of defense counsel, the Preliminary Examination has been rescheduled for Monday, August 16, 2010 at 1:30 p.m. in Courtroom 5A before Judge Strawbridge.**

*[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.*
*[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.*

BY:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

**TIME IN COURT   0   MINUTES**

(Form Revised December, 2009)